# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Jacquelynn McCann-Armstrong<br>       Debtor | BK NO. 19-02566 RNO<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

  Kindly enter my appearance on behalf of PennyMac Loan Services, LLC and index same on the master mailing list.

                Respectfully submitted,


                **/s/ James C. Warmbrodt, Esquire**
                James C. Warmbrodt, Esquire
                KML Law Group, P.C.
                BNY Mellon Independence Center
                701 Market Street, Suite 5000
                Philadelphia, PA  19106
                215-627-1322