```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                                      Case No. 19-02566-RNO
Jacquelynn McCann-Armstrong                                                 Chapter 13
        Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0314-5            User: TWilson              Page 1 of 2             Date Rcvd: Aug 21, 2019
                                Form ID: ntnoshow          Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 23, 2019.
```
db              +Jacquelynn McCann-Armstrong,    1042 Hemlock Farms,    Lords Valley, PA 18428-9062
5210146         +Accelerated Financial,    Po Box 5714,    Greenville, SC 29606-5714
5226162          Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
5236580         +Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
5210151        ++FIRST SAVINGS BANK,    PO BOX 5096,    SIOUX FALLS SD 57117-5096
                 (address filed with court: Fsb Blaze,     500 E. 60th Street,    Sioux Falls, SD 57104)
5210150         +First Premier Bank,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
5236833         +PennyMac Loan Services, LLC,    P.O. Box 2410,    Moorpark, CA 93020-2410
5210156         +Pennymac Loan Services,    6101 Condor Dr,    Moorpark, CA 93021-2602
5210157         +Shell/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
5210160         +Td Bank Usa/targetcred,    Po Box 673,    Minneapolis, MN 55440-0673
5224326         +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                  Addison, Texas 75001-9013
5210161         +Toyota Motor Credit,    Po Box 9786,    Cedar Rapids, IA 52409-0004
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 21 2019 19:35:05
                  PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5210147         +E-mail/Text: backoffice@affirm.com Aug 21 2019 19:26:41       Affirm Inc,
                  650 California St Fl 12,    San Francisco, CA 94108-2716
5231911         +E-mail/Text: bnc@atlasacq.com Aug 21 2019 19:25:47       Atlas Acquisitions LLC,    294 Union St.,
                  Hackensack, NJ 07601-4303
5210148          E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 21 2019 19:35:39
                  Capital One Bank Usa N,    15000 Capital One Dr,    Richmond, VA 23238
5214455          E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 21 2019 19:35:20
                  Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
                  Charlotte, NC  28272-1083
5211168         +E-mail/Text: bankruptcy@cavps.com Aug 21 2019 19:26:24       Cavalry Investments, LLC,
                  500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
5211673         +E-mail/Text: bankruptcy@cavps.com Aug 21 2019 19:26:24       Cavalry SPV I, LLC,
                  500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
5210149         +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 21 2019 19:26:00       Comenitybank/wayfair,
                  Po Box 182789,    Columbus, OH 43218-2789
5210152         +E-mail/Text: tara.carrubba@hfca.com Aug 21 2019 19:26:16
                  Hemlock Farms Community Association,    1007 Hemlock Farms,    Hawley, PA 18428-9059
5210153         +E-mail/Text: bncnotices@becket-lee.com Aug 21 2019 19:25:48       Kohls/capone,
                  N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
5215103          E-mail/PDF: resurgentbknotifications@resurgent.com Aug 21 2019 19:35:28       LVNV Funding, LLC,
                  Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5210154         +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 21 2019 19:35:08       Lvnv Funding Llc,
                  Po Box 1269,    Greenville, SC 29602-1269
5220646          E-mail/Text: bkr@cardworks.com Aug 21 2019 19:25:42       MERRICK BANK,
                  Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
5210155         +E-mail/Text: bkr@cardworks.com Aug 21 2019 19:25:42       Merrick Bank Corp,    Po Box 9201,
                  Old Bethpage, NY 11804-9001
5236719          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 21 2019 19:35:05
                  Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
5227051         +E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 21 2019 19:26:22       Premier Bankcard, Llc,
                  Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
5234725          E-mail/Text: bnc-quantum@quantum3group.com Aug 21 2019 19:26:10
                  Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
5210158         +E-mail/PDF: gecsedi@recoverycorp.com Aug 21 2019 19:35:28       Syncb/amazon,    Po Box 965015,
                  Orlando, FL 32896-5015
5210159         +E-mail/PDF: gecsedi@recoverycorp.com Aug 21 2019 19:35:00       Syncb/walmart,    Po Box 965024,
                  Orlando, FL 32896-5024
5210777         +E-mail/PDF: gecsedi@recoverycorp.com Aug 21 2019 19:35:18       Synchrony Bank,
                  c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5233088          E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 21 2019 19:35:49       Verizon,
                  by American InfoSource as agent,    PO Box 4457,    Houston, TX  77210-4457
5210162         +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 21 2019 19:25:44
                  Verizon,    500 Technology Dr,    Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 22
```

```
               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2019                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 21, 2019 at the address(es) listed below:
              Atlas Acquisitions LLC    bk@atlasacq.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC bkgroup@kmllawgroup.com
              John J. Martin   on behalf of Debtor 1 Jacquelynn  McCann-Armstrong jmartin@martin-law.net,
               kmartin@martin-law.net;nmundy@martin-law.net;jjmartin@martin-law.net;jashley@martin-law.net;r5989
               1@notify.bestcase.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                         TOTAL: 6
```

| UNITED STATES BANKRUPTCY COURT |
|---|
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

| Jacquelynn McCann−Armstrong, | Chapter | 13 |
|---|---|---|
| **Debtor 1** | Case No. | 5:19−bk−02566−RNO |

## Notice of Intention to Dismiss Bankruptcy Case

Section 343 of the Bankruptcy Code (11 U.S.C. § 343) requires debtors to appear and submit to an examination under oath at the meeting of creditors held under Section 341 of the Bankruptcy Code (11 U.S.C. § 341). The failure to appear at the Section 341 meeting of creditors is grounds for dismissal of the bankruptcy case.

The court's docket indicates that Debtor 1 failed to appear at the scheduled Section 341 meeting of creditors. **Accordingly, the Court intends to dismiss the bankruptcy case of Debtor 1.**

Any debtor opposing dismissal must file an objection with the Court on or before **September 11, 2019** explaining the failure to appear at each scheduled Section 341 meeting of creditors. Any creditor or party in interest that opposes this dismissal must file an objection with the Court on or before **September 11, 2019**.

**If no objections are filed by September 11, 2019, an Order will be entered dismissing the bankruptcy case of Debtor 1.**

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: TWilson, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: August 21, 2019 |

ntnoshow (07/18)