IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Jacquelynn McCann-Armstrong | : | |
| | : | |
| Debtor | : | Case No. 19-02566-RNO |

## OBJECTION TO TRUSTEE'S MOTION TO DISMISS

**AND NOW COMES**, Jacquelynn McCann-Armstrong, Debtor, by and through her counsel, Kimberly D. Martin, and files this Objection to Trustee's Motion to Dismiss as follows:

1. That Debtor commenced a Chapter 13 bankruptcy case on June 12, 2019.

2. That Debtor is disabled and had difficulty finding a designated handicapped parking space which caused her to be late and miss her second scheduled Section 341 meeting.

3. That Debtor objects to Trustee's Motion to Dismiss and will attend her next scheduled meeting and agrees that if she fails to attend said meeting that her case will be dismissed.

**WHEREFORE**, Jacquelynn McCann-Armstrong, Debtor, respectfully request this Honorable Court to deny Trustee's Motion to Dismiss, reschedule her section 341 meeting and for any and such other relief as it deems just and proper.

Respectfully submitted,

_____/s/_____
Kimberly D. Martin, Esquire
1022 Court Street
Honesdale, PA 18431
(570) 253-6899
kmartin@martin-law.net