UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: JACQUELYNN MCCANN ARMSTRONG | CASE NO: 19-02566-RNO |
|---|---|
| | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 13 |

On 10/10/2019, I did cause a copy of the following documents, described below,

Notice of Rescheduled Meeting of Creditors

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/10/2019

/s/ John J. Martin, Esquire
John J. Martin, Esquire  61725
Law Offices of John J. Martin
1022 Court Street
Honesdale, PA  18431
570 253 6899

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: JACQUELYNN MCCANN ARMSTRONG | CASE NO: 19-02566-RNO |
| | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 13 |

On 10/10/2019, a copy of the following documents, described below,

Notice of Rescheduled Meeting of Creditors

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/10/2019

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
John J. Martin, Esquire
Law Offices of John J. Martin
1022 Court Street
Honesdale, PA  18431

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
CASE INFO                              ACCELERATED FINANCIAL              AFFIRM INC
 LABEL MATRIX FOR LOCAL NOTICING       PO BOX 5714                        650 CALIFORNIA ST FL 12
03145                                  GREENVILLE SC 29606-5714           SAN FRANCISCO CA 94108-2716
CASE 5-19-BK-02566-RNO
MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE
THU OCT 10 12-11-22 EDT 2019


ATLAS ACQUISITIONS LLC                 CAPITAL ONE BANK USA NA            CAPITAL ONE
294 UNION STREET                       BY AMERICAN INFOSOURCE AS AGENT    PO BOX 30285
HACKENSACK NJ 07601-4303                PO BOX 71083                      SALT LAKE CITY UT 84130-0285
                                       CHARLOTTE NC 28272-1083


CAPITAL ONE NA                         CAVALRY INVESTMENTS LLC            CAVALRY SPV I LLC
CO BECKET AND LEE LLP                  500 SUMMIT LAKE DRIVE STE 400      500 SUMMIT LAKE DRIVE STE 400
PO BOX 3001                            VALHALLA NY 10595-2321             VALHALLA NY 10595-2321
MALVERN PA 19355-0701


CITIBANK NA                            COMENITYBANKWAYFAIR                CHARLES J DEHART III TRUSTEE
701 EAST 60TH STREET NORTH             PO BOX 182789                      8125 ADAMS DRIVE SUITE A
SIOUX FALLS SD 57104-0493              COLUMBUS OH 43218-2789             HUMMELSTOWN PA 17036-8625


JOHN H DORAN                           FIRST PREMIER BANK                 FIRST SAVINGS BANK
DORAN  DORAN PC                        3820 N LOUISE AVE                  PO BOX 5096
69 PUBLIC SQUARE SUITE 700             SIOUX FALLS SD 57107-0145          SIOUX FALLS SD 57117-5096
WILKES-BARRE PA 18701


HEMLOCK FARMS COMMUNITY ASSOCIATION    HEMLOCK FARMS COMMUNITY ASSOCIATION    KOHLSCAPONE
CO JOHN H DORAN ESQUIRE                1007 HEMLOCK FARMS                     N56 W 17000 RIDGEWOOD DR
69 PUBLIC SQUARE SUITE 700             HAWLEY PA 18428-9059                   MENOMONEE FALLS WI 53051-7096
WILKES-BARRE PA 18701


LVNV FUNDING LLC                       LVNV FUNDING LLC                   MERRICK BANK
RESURGENT CAPITAL SERVICES             PO BOX 1269                        RESURGENT CAPITAL SERVICES
PO BOX 10587                           GREENVILLE SC 29602-1269           PO BOX 10368
GREENVILLE SC 29603-0587                                                  GREENVILLE SC 29603-0368


JOHN J MARTIN                          KIMBERLY D MARTIN                  DEBTOR
LAW OFFICES JOHN J MARTIN              LAW OFFICES OF JOHN J MARTIN       JACQUELYNN MCCANN ARMSTRONG
1022 COURT STREET                      1022 COURT STREET                  1042 HEMLOCK FARMS
HONESDALE PA 18431-1925                HONESDALE PA 18431-1925            LORDS VALLEY PA 18428-9062


MERRICK BANK CORP                      PRA RECEIVABLES MANAGEMENT LLC     PENNYMAC LOAN SERVICES LLC
PO BOX 9201                            PO BOX 41021                       PO BOX 2410
OLD BETHPAGE NY 11804-9001             NORFOLK VA 23541-1021              MOORPARK CA 93020-2410
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

PENNYMAC LOAN SERVICES
6101 CONDOR DR
MOORPARK CA 93021-2602

PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

PREMIER BANKCARD LLC
JEFFERSON CAPITAL SYSTEMS LLC ASSIGNEE
PO BOX 7999
SAINT CLOUD MN 56302-7999

QUANTUM3 GROUP LLC AS AGENT FOR
COMENITY BANK
PO BOX 788
KIRKLAND WA 98083-0788

SHELLCBNA
PO BOX 6497
SIOUX FALLS SD 57117-6497

SYNCBAMAZON
PO BOX 965015
ORLANDO FL 32896-5015

SYNCBWALMART
PO BOX 965024
ORLANDO FL 32896-5024

SYNCHRONY BANK
CO PRA RECEIVABLES MANAGEMENT LLC
PO BOX 41021
NORFOLK VA 23541-1021

TD BANK USA NA
CO WEINSTEIN  RILEY PS
2001 WESTERN AVENUE STE 400
SEATTLE WA 98121-3132

TD BANK USATARGETCRED
PO BOX 673
MINNEAPOLIS MN 55440-0673

TOYOTA LEASE TRUST
CO TOYOTA MOTOR CREDIT CORPORATION
PO BOX 9013
ADDISON TEXAS 75001-9013

TOYOTA MOTOR CREDIT
PO BOX 9786
CEDAR RAPIDS IA 52409-0004

UNITED STATES TRUSTEE
228 WALNUT STREET SUITE 1190
HARRISBURG PA 17101-1722

VERIZON
500 TECHNOLOGY DR
WELDON SPRING MO 63304-2225

VERIZON
BY AMERICAN INFOSOURCE AS AGENT
PO BOX 4457
HOUSTON TX 77210-4457

JAMES WARMBRODT
701 MARKET STREET SUITE 5000
PHILADEPHIA PA 19106-1541