```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                        Case No. 19-02566-RNO
Jacquelynn McCann-Armstrong                                   Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-5        User: TWilson        Page 1 of 1        Date Rcvd: Oct 08, 2019
                            Form ID: pdf010      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 10, 2019.
db             +Jacquelynn McCann-Armstrong,    1042 Hemlock Farms,    Lords Valley, PA 18428-9062

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 10, 2019                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 8, 2019 at the address(es) listed below:
              Atlas Acquisitions LLC    bk@atlasacq.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt     on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              James Warmbrodt     on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC bkgroup@kmllawgroup.com
              John H. Doran    on behalf of Creditor    Hemlock Farms Community Association
               jdoran@dorananddoran.com, mdoran@dorananddoran.com;ldoran@dorananddoran.com
              John J. Martin    on behalf of Debtor 1 Jacquelynn  McCann-Armstrong jmartin@martin-law.net,
               kmartin@martin-law.net;nmundy@martin-law.net;jjmartin@martin-law.net;jashley@martin-law.net;r59891@notify.bestcase.com
              Kimberly D Martin    on behalf of Debtor 1 Jacquelynn  McCann-Armstrong kmartin@martin-law.net,
               jashley@martin-law.net;r59891@notify.bestcase.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:

JACQUELYNN McCANN-ARMSTRONG

* Debtors

| | |
|---|---|
| Chapter: | 13 |
| Case Number: | 5-19-bk-02566 RNO |
| Document No.: | 18 |
| Nature of Proceeding: | Certification of Debtor's Failure to Appear |

## ORDER

After due consideration of the Chapter 13 Trustee's Certification that Debtor Failed to Appear at 341 Meeting, and the Debtor's Objection thereto, after hearing held on October 8, 2019, it is

ORDERED that the Debtor is directed to appear at the next regularly scheduled 341 Meeting with proof of social security number and proper form of identification or, upon certification of default filed by the Chapter 13 Trustee, the case will be dismissed without further notice.

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge
(BI)

October 8, 2019