```
                               United States Bankruptcy Court
                               Middle District of Pennsylvania
In re:                                                                  Case No. 19-02566-RNO
Jacquelynn McCann-Armstrong                                             Chapter 13
         Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0314-5          User: ToniaWils              Page 1 of 2                  Date Rcvd: Dec 04, 2019
                              Form ID: ntnew341            Total Noticed: 37
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 06, 2019.
```
db             +Jacquelynn McCann-Armstrong,    1042 Hemlock Farms,    Lords Valley, PA 18428-9062
5210146        +Accelerated Financial,    Po Box 5714,    Greenville, SC 29606-5714
5226162         Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
5236580        +Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
5210151       ++FIRST SAVINGS BANK,    PO BOX 5096,    SIOUX FALLS SD 57117-5096
                (address filed with court: Fsb Blaze,      500 E. 60th Street,    Sioux Falls, SD 57104)
5210150        +First Premier Bank,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
5242275         Hemlock Farms Community Association,     c/o John H. Doran, Esquire,
                 69 Public Square, Suite 700,    Wilkes-Barre, PA 18701
5264119         Hemlock Farms Community Association,     c/o Lisa M. Doran, Esquire,
                 69 Public Square, Suite 700,    Wilkes-Barre, PA 18701
5236833        +PennyMac Loan Services, LLC,    P.O. Box 2410,    Moorpark, CA 93020-2410
5210156        +Pennymac Loan Services,    6101 Condor Dr,    Moorpark, CA 93021-2602
5210157        +Shell/cbna,   Po Box 6497,    Sioux Falls, SD 57117-6497
5210160        +Td Bank Usa/targetcred,    Po Box 673,    Minneapolis, MN 55440-0673
5224326        +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
5210161        +Toyota Motor Credit,    Po Box 9786,    Cedar Rapids, IA 52409-0004
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 04 2019 19:05:29
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5210147        +E-mail/Text: backoffice@affirm.com Dec 04 2019 19:04:32      Affirm Inc,
                 650 California St Fl 12,    San Francisco, CA 94108-2716
5231911        +E-mail/Text: bnc@atlasacq.com Dec 04 2019 19:04:03      Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
5210148         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 04 2019 19:05:29
                 Capital One Bank Usa N,    15000 Capital One Dr,    Richmond, VA 23238
5214455         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 04 2019 19:05:28
                 Capital One Bank (USA), N.A.,     by American InfoSource as agent,    PO Box 71083,
                 Charlotte, NC  28272-1083
5211168        +E-mail/Text: bankruptcy@cavps.com Dec 04 2019 19:04:24      Cavalry Investments, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
5211673        +E-mail/Text: bankruptcy@cavps.com Dec 04 2019 19:04:24      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
5210149        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 04 2019 19:04:12      Comenitybank/wayfair,
                 Po Box 182789,    Columbus, OH 43218-2789
5210152        +E-mail/Text: tara.carrubba@hfca.com Dec 04 2019 19:04:16
                 Hemlock Farms Community Association,    1007 Hemlock Farms,    Hawley, PA 18428-9059
5210153        +E-mail/Text: bncnotices@becket-lee.com Dec 04 2019 19:04:05      Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
5215103         E-mail/PDF: resurgentbknotifications@resurgent.com Dec 04 2019 19:17:06      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5210154        +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 04 2019 19:17:46      Lvnv Funding Llc,
                 Po Box 1269,    Greenville, SC 29602-1269
5220646         E-mail/PDF: MerrickBKNotifications@Resurgent.com Dec 04 2019 19:05:45      MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
5210155        +E-mail/PDF: MerrickBKNotifications@Resurgent.com Dec 04 2019 19:17:06      Merrick Bank Corp,
                 Po Box 9201,    Old Bethpage, NY 11804-9001
5236719         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 04 2019 19:05:30
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
5227051        +E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 04 2019 19:04:22      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,     Po Box 7999,    Saint Cloud Mn 56302-7999
5234725         E-mail/Text: bnc-quantum@quantum3group.com Dec 04 2019 19:04:13
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
5210158        +E-mail/PDF: gecsedi@recoverycorp.com Dec 04 2019 19:05:27      Syncb/amazon,    Po Box 965015,
                 Orlando, FL 32896-5015
5210159        +E-mail/PDF: gecsedi@recoverycorp.com Dec 04 2019 19:05:14      Syncb/walmart,    Po Box 965024,
                 Orlando, FL 32896-5024
5210777        +E-mail/PDF: gecsedi@recoverycorp.com Dec 04 2019 19:05:43      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5237306        +E-mail/Text: bncmail@w-legal.com Dec 04 2019 19:04:19      TD BANK USA, N.A.,
                 C/O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
5233088         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 04 2019 19:17:24      Verizon,
                 by American InfoSource as agent,    PO Box 4457,    Houston, TX  77210-4457
5210162        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Dec 04 2019 19:03:59
                 Verizon,   500 Technology Dr,    Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 23
```

```
District/off: 0314-5          User: ToniaWils           Page 2 of 2            Date Rcvd: Dec 04, 2019
                              Form ID: ntnew341         Total Noticed: 37
```

***** BYPASSED RECIPIENTS (continued) *****

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*         Hemlock Farms Community Association,   c/o John H. Doran, Esquire,
            69 Public Square, Suite 700,   Wilkes-Barre, PA   18701
                                                                                TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 3, 2019 at the address(es) listed below:
              Atlas Acquisitions LLC    bk@atlasacq.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              James   Warmbrodt    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC bkgroup@kmllawgroup.com
              John H. Doran    on behalf of Creditor    Hemlock Farms Community Association
               jdoran@dorananddoran.com,   mdoran@dorananddoran.com;ldoran@dorananddoran.com
              John J. Martin    on behalf of Debtor 1 Jacquelynn   McCann-Armstrong jmartin@martin-law.net,
               kmartin@martin-law.net;nmundy@martin-law.net;jjmartin@martin-law.net;jashley@martin-law.net;r59891@notify.bestcase.com
              Kimberly D Martin    on behalf of Debtor 1 Jacquelynn   McCann-Armstrong kmartin@martin-law.net,
               jashley@martin-law.net;r59891@notify.bestcase.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                          TOTAL: 8

| UNITED STATES BANKRUPTCY COURT | |
|---|---|
| MIDDLE DISTRICT OF PENNSYLVANIA | |
| In re: | |
| Jacquelynn McCann–Armstrong, | Chapter 13 |
| **Debtor 1** | Case No. 5:19–bk–02566–RNO |

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| 77 East Market Street, Wilkes–Barre, PA 18701 | Date: January 13, 2020 |
|---|---|
| | Time: 01:00 PM |

| **Address of the Bankruptcy Clerk's Office:** | **For the Court:** |
|---|---|
| 274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes–Barre, PA 18701<br>(570) 831–2500 | Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: ToniaWilson, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: December 4, 2019 |

ntnew341 (04/18)