# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: JACQUELYNN MCCANN-ARMSTRONG | CHAPTER 13 |
| Debtor(s) | |
| CHARLES J. DEHART, III CHAPTER 13 TRUSTEE | CASE NO: 5-19-02566-RNO |
| Movant | |
| vs. | |
| JACQUELYNN MCCANN-ARMSTRONG | |

## CERTIFICATION OF NON-COMPLIANCE WITH COURT ORDER

    AND NOW, on January 16, 2020, comes Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, and certifies that Debtor(s) have not complied with the Order filed October 8, 2019 as docket entry # 28.

    WHEREFORE, the Trustee requests that the case be dismissed.

Respectfully Submitted,
s/ Jo Ann Dragas
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: January 16, 2020

| | |
|---|---|
| IN RE: JACQUELYNN MCCANN-ARMSTRONG | CHAPTER 13 |
| Debtor(s) | |
| CHARLES J. DEHART, III<br>CHAPTER 13 TRUSTEE<br>Movant | CASE NO: 5-19-02566-RNO<br><br>CERTIFICATION OF DEAULT/NON COMPLIANCE |

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on January 16, 2020, I served a copy of this Certification of Default on the following parties by 1st Class Mail, unless served electronically.

JOHN J. MARTIN, ESQUIRE  　　　　　SERVED ELECTRONICALLY
1022 COURT STREET
HONESDALE, PA  18431-

JACQUELYNN MCCANN-ARMSTRONG
1042 HEMLOCK FARMS  　　　　　SERVED BY 1ST CLASS MAIL
LORDS VALLEY, PA  18428

United States Trustee
228 Walnut Street
Suite 1190
Harrisburg, PA  17101  　　　　　SERVED ELECTRONICALLY

I certify under penalty of perjury that the foregoing is true and correct.

Dated:  January 16, 2020　　　　　Respectfully submitted,
　　　　　Jo Ann Dragas
　　　　　for Charles J. DeHart, III, Trustee
　　　　　Suite A, 8125 Adams Dr.
　　　　　Hummelstown, PA  17036
　　　　　Phone:  (717) 566-6097
　　　　　eMail: dehartstaff@pamd13trustee.com