```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                  Case No. 19-02566-RNO
Jacquelynn McCann-Armstrong                                             Chapter 13
         Debtor                      CERTIFICATE OF NOTICE
District/off: 0314-5          User: AutoDocke              Page 1 of 2               Date Rcvd: Jan 24, 2020
                              Form ID: pdf010              Total Noticed: 37


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 26, 2020.
db             +Jacquelynn McCann-Armstrong,    1042 Hemlock Farms,    Lords Valley, PA 18428-9062
5210146        +Accelerated Financial,    Po Box 5714,    Greenville, SC 29606-5714
5226162         Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
5236580        +Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
5210151       ++FIRST SAVINGS BANK,    PO BOX 5096,    SIOUX FALLS SD 57117-5096
               (address filed with court: Fsb Blaze,     500 E. 60th Street,    Sioux Falls, SD 57104)
5210150        +First Premier Bank,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
5242275         Hemlock Farms Community Association,     c/o John H. Doran, Esquire,
                 69 Public Square, Suite 700,    Wilkes-Barre, PA 18701
5264119         Hemlock Farms Community Association,     c/o Lisa M. Doran, Esquire,
                 69 Public Square, Suite 700,    Wilkes-Barre, PA 18701
5236833        +PennyMac Loan Services, LLC,    P.O. Box 2410,    Moorpark, CA 93020-2410
5210156        +Pennymac Loan Services,    6101 Condor Dr,    Moorpark, CA 93021-2602
5210157        +Shell/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
5210160        +Td Bank Usa/targetcred,    Po Box 673,    Minneapolis, MN 55440-0673
5224326        +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
5210161        +Toyota Motor Credit,    Po Box 9786,    Cedar Rapids, IA 52409-0004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 24 2020 20:14:05
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5210147        +E-mail/Text: backoffice@affirm.com Jan 24 2020 20:11:47      Affirm Inc,
                 650 California St Fl 12,    San Francisco, CA 94108-2716
5231911        +E-mail/Text: bnc@atlasacq.com Jan 24 2020 20:10:28      Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
5210148         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 24 2020 20:14:01
                 Capital One Bank Usa N,    15000 Capital One Dr,    Richmond, VA 23238
5214455         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 24 2020 20:14:56
                 Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
                 Charlotte, NC  28272-1083
5211168        +E-mail/Text: bankruptcy@cavps.com Jan 24 2020 20:11:26      Cavalry Investments, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
5211673        +E-mail/Text: bankruptcy@cavps.com Jan 24 2020 20:11:26      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
5210149        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 24 2020 20:10:50      Comenitybank/wayfair,
                 Po Box 182789,    Columbus, OH 43218-2789
5210152        +E-mail/Text: tara.carrubba@hfca.com Jan 24 2020 20:11:11
                 Hemlock Farms Community Association,    1007 Hemlock Farms,    Hawley, PA 18428-9059
5210153        +E-mail/Text: bncnotices@becket-lee.com Jan 24 2020 20:10:32      Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
5215103         E-mail/PDF: resurgentbknotifications@resurgent.com Jan 24 2020 20:15:11      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5210154        +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 24 2020 20:15:12      Lvnv Funding Llc,
                 Po Box 1269,    Greenville, SC 29602-1269
5220646         E-mail/PDF: MerrickBKNotifications@Resurgent.com Jan 24 2020 20:15:46      MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
5210155        +E-mail/PDF: MerrickBKNotifications@Resurgent.com Jan 24 2020 20:15:48      Merrick Bank Corp,
                 Po Box 9201,    Old Bethpage, NY 11804-9001
5236719         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 24 2020 20:39:35
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
5227051        +E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 24 2020 20:11:23      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
5234725         E-mail/Text: bnc-quantum@quantum3group.com Jan 24 2020 20:10:58
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
5210158        +E-mail/PDF: gecsedi@recoverycorp.com Jan 24 2020 20:14:48      Syncb/amazon,    Po Box 965015,
                 Orlando, FL 32896-5015
5210159        +E-mail/PDF: gecsedi@recoverycorp.com Jan 24 2020 20:13:54      Syncb/walmart,    Po Box 965024,
                 Orlando, FL 32896-5024
5210777        +E-mail/PDF: gecsedi@recoverycorp.com Jan 24 2020 20:13:54      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5237306        +E-mail/Text: bncmail@w-legal.com Jan 24 2020 20:11:19      TD BANK USA, N.A.,
                 C/O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
5233088         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 24 2020 20:15:31      Verizon,
                 by American InfoSource as agent,    PO Box 4457,    Houston, TX  77210-4457
5210162        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jan 24 2020 20:09:03
                 Verizon,    500 Technology Dr,    Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 23
```

```
District/off: 0314-5          User: AutoDocke          Page 2 of 2          Date Rcvd: Jan 24, 2020
                              Form ID: pdf010          Total Noticed: 37
```

***** BYPASSED RECIPIENTS (continued) *****

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*         Hemlock Farms Community Association,   c/o John H. Doran, Esquire,
            69 Public Square, Suite 700,   Wilkes-Barre, PA  18701
                                                                       TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2020                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 24, 2020 at the address(es) listed below:
```
              Atlas Acquisitions LLC    bk@atlasacq.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James    Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              James    Warmbrodt    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC bkgroup@kmllawgroup.com
              John H. Doran     on behalf of Creditor    Hemlock Farms Community Association
               jdoran@dorananddoran.com,   mdoran@dorananddoran.com;ldoran@dorananddoran.com
              John J. Martin    on behalf of Debtor 1 Jacquelynn  McCann-Armstrong jmartin@martin-law.net,
               kmartin@martin-law.net;nmundy@martin-law.net;jjmartin@martin-law.net;jashley@martin-law.net;r5989
               1@notify.bestcase.com
              Kimberly D Martin    on behalf of Debtor 1 Jacquelynn  McCann-Armstrong kmartin@martin-law.net,
               jashley@martin-law.net;r59891@notify.bestcase.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                    TOTAL: 8
```

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

**Jacquelynn McCann-Armstrong**

               **Debtor 1**

Chapter: 13

Case No.: 5:19-bk-02566-RNO

**CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE**
    vs.          **Movant(s)**

**JACQUELYNN
MCCANNARMSTRONG**
              **Respondent(s)**

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certification of Non-Compliance with Court Order and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.

Dated: January 24, 2020          By the Court,

*Robert N. Opel II* (signature)
Robert N. Opel, II, Bankruptcy Judge (BI)