UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JACQUELYNN MCCANN-ARMSTRONG

CHAPTER 13

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant

CASE NO: 5-19-02566-RNO

JACQUELYNN MCCANN-ARMSTRONG

Respondent(s)

## **CERTIFICATION OF DEFAULT**

AND NOW on January 27, 2020, comes Charles J DeHart, III, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the trustee during the remaining term of the plan.

As of January 27, 2020, the Debtor(s) is/are $1850.58 in arrears with a plan payment having never been made.

In accordance with said stipulation, the case may be dismissed upon certification of the trustee without further notice or hearing.

Respectfully Submitted,
/s/ Liz Joyce
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: January 27, 2020

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: JACQUELYNN MCCANN-ARMSTRONG | CHAPTER 13 |
| Debtor(s) | |
| CHARLES J. DEHART, III<br>CHAPTER 13 TRUSTEE<br>Movant | CASE NO: 5-19-02566-RNO |

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on January 27, 2020, I served a copy of this Certification of Default on the following parties by 1st Class Mail, unless served electronically.

JOHN J. MARTIN, ESQUIRE                SERVED ELECTRONICALLY
1022 COURT STREET
HONESDALE, PA 18431-

JACQUELYNN MCCANN-ARMSTRONG
1042 HEMLOCK FARMS                     SERVED BY 1ST CLASS MAIL
LORDS VALLEY, PA 18428

United States Trustee
228 Walnut Street
Suite 1190
Harrisburg, PA 17101                   SERVED ELECTRONICALLY

I certify under penalty of perjury that the foregoing is true and correct.

Dated: January 27, 2020

Respectfully submitted,
Liz Joyce
for Charles J. DeHart, III, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
eMail: dehartstaff@pamd13trustee.com